AO 440 (Rev. 06/12)  Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| 789 MACDONOUGH STREET HOUSING DEVELOPMENT FUND CORPORATION,<br>*Plaintiff*<br>v.<br>MOLLY WASOW PARK, AS THE COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK; JUSTICE MARIA ARAGONA, IN HER OFFICIAL CAPACITY; THE CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF INVESTIGATION; JOCELYN E. STRAUBER IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF INVESTIGATION; and EMMA OLIVER,<br>*Defendants* | Civil Action No. 1:25-cv-03680 |

To: All Defendants (*see attached rider*)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Gregory Byrnes
> Anderson Law, 104 W 27th Street, 11th Floor,
> New York, New York 10001
> Gregory@andersonlaw.nyc
> (212) 466-6570

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

> BRENNA B. MAHONEY
> *CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Defendants' Names and Addresses**

**Molly Wasow Park, Commissioner of Social Services of the City of New York**
109 E 16th St
New York, NY 10003

**Justice Maria Aragona**
360 Adams Street
Brooklyn, NY 11201

**The City of New York**
100 Church Street
New York, NY 10007

**New York City Department of Investigation**
180 Maiden Lane
New York, NY 10038

**Jocelyn E. Strauber, Commissioner of the New York City Department of Investigation**
180 Maiden Lane
New York, NY 10038

**Emma Oliver**
789 Macdonough Street, 1C
Brooklyn, NY 11233