# ANDERSON LAW

212.466.6570
gregory@andersonlaw.nyc
andersonlawnyc.com

104 W 27th Street, 11th Floor, New York, NY 10001

September 17, 2025

**BY ECF**
Honorable Joseph A. Marutollo
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> ***Re:***     ***Joint letter regarding discovery and pretrial conference***
> *789 Macdonough Street Housing Development Fund
> Corporation v. Park, et al.* No. 25 Civ. 3680 (AMD) (JAM)

Dear Judge Marutollo:

Pursuant to the Court's Order of September 15, 2025, the parties respectfully submit this joint letter. I write to advise the Court that all parties have agreed to a stay of discovery pending the resolution of Defendants' anticipated dispositive motions. The parties also jointly request that the Court consolidate the two pending pre-motion conferences and adjourn the conference currently scheduled for September 25, 2025.

As background, two separate requests for pre-motion conferences are pending before the Court. The first, filed by Defendant Hon. Maria Aragona, is scheduled for a pre-motion conference on September 25, 2025, at 11:00 a.m. The second was filed on September 12, 2025, by Defendants Molly Wasow Park, the City of New York, the New York City Department of Investigation, and Jocelyn E. Strauber (the "City Defendants"). Plaintiff's response to the City Defendants' request is due September 19, 2025.

Accordingly, in order to promote judicial economy and conserve the parties' resources, all parties respectfully request the Court hold a single consolidated pre-motion conference.

Regarding scheduling, counsel for Plaintiff has an appearance in New York Supreme Court on the morning September 25, 2025, and it is unclear how long it will last. All counsel has conferred and are available to appear for a consolidated conference in the afternoon on September 25, 2025. Alternatively, the parties are available on any date at the Court's convenience, with the exceptions of September 30, October 1, October 2, October 6, October 8, and October 9.

This letter is being submitted with the approval of counsel for all parties.

Respectfully,

/s/Gregory Byrnes
Gregory A. Byrnes

-2-